FRANK X. LO SACCO *v.* SHARON H. PURTILL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 809, is denied.

*Frank X. Lo Sacco,* pro se, in support of the petition.

*Chester J. Bukowski, Jr.,* and *Christopher R. Stone,* in opposition.

Decided November 15, 1990

STATE OF CONNECTICUT *v.* DARYL KINCHEN

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 809, is denied.

*Jeffrey Hellman,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 15, 1990

MARION LEES *v.* MIDDLESEX INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 814, is granted, limited to the following issue:

"Was the Appellate Court correct in concluding that the plaintiff's CUIPA and CUTPA claims are barred by the one year limit of Connecticut General Statutes § 38-98 for a suit on the policy?"

*Thomas J. Weihing* and *John T. Bochanis,* in support of the petition.

*Daniel P. Scapellati,* in opposition.

Decided November 15, 1990